**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERTO GARCIA-NUNEZ,<br><br>        Petitioner,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | ) Civil No. 06CV1016-J<br>) Crim No. 05CR1659-J<br>)<br>)<br>) **ORDER DENYING "PETITION TO**<br>) **CON[S]IDER TITLE 18 PART: II**<br>) **CHAPTER: 227 SUBCHAPTER: D § 3582"**<br>)<br>)<br>) |

On May 9, 2006, Petitioner Gilberto Garcia-Nunez, proceeding *in pro per*, filed a "PETITION TO CON[S]IDER TITLE 18 PART: II CHAPTER: 227 SUBCHAPTER: D § 3582" ("Petition"). [*See* Civil No. 06cv1016.]  Although Petitioner did not explicitly state that he was filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255, the Court found that it was likely that the Petitioner was doing so because the Petition was challenging the imposition of the sentence of imprisonment and requesting a downward departure.  (*See* Pet'r's Pet. at 1.)  On May 16, 2006, pursuant to *United States v. Seesing*, 234 F.3d 456, 463-64 (9th Cir. 2000), the Court issued a Notice Informing Petitioner of Options Re: "Petition" ("Notice"). [Doc. No. 30.]  The Court informed the Petitioner that he could: (1) consent in writing to the Court construing the motion as a motion under § 2255 and ruling on the merits or (2) withdraw the motion and file an all-inclusive motion under § 2255.  (*Id.* at 3.)  The Court also ordered

1 Petitioner to select an option listed no later than thirty (30) dates from the date the Notice was
2 filed or the Petition would be dismissed without prejudice.  (*Id.* at 4.)  As of the date of this
3 order, more than one year after the Notice was filed, the Petitioner has failed to file a responsive
4 pleading.  Accordingly, the Petition is **DISMISSED WITHOUT PREJUDICE.**

5      **IT IS SO ORDERED**.

8 DATED: October 17, 2007

                                      HON. NAPOLEON A. JONES, JR.
                                      United States District Judge

11 cc:  All Parties of Record